# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Lauck, M H. | 2. Court or Organization  Eastern District of Virginia | 3. Date of Report  5/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Full-time magistrate judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final   5b. ☐ Amended Report | 6. Reporting Period  1/1/2011  to  12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court, EDVA
701 East Broad Street, Suite 5212
Richmond, VA 23219-3528

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Bank of America Custodial Account |
| 2. | Past President | St. Stephen's Preschool, Richmond |
| 3. | Vice President | National Association of Women Judges, District 4 |
| 4. | President | John Marshall Inn of Court |
| 5. | Honorary Vice President | Richmond Bar Association |
| 6. | Board Member | Federal Bar Association |
| 7. | Council Member | State-Federal Judicial Council of Virginia |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 5/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | University of Richmond, John Marshall Professor of Judicial Studies | $15,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | ▨▨▨▨▨▨ - salary and benefits |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 3/2-3/5/2011 | Tucson, AZ | Panelist | Transoporation, hotel, and food |
| 2. | Virginia Trial Lawyers Association | 4/1-4/3/2011 | Hot Springs, VA | Speaker | Transportation and hotel (including food) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Dana DiCarlo and Scott Plank | Rent on shared vacation house, one week | $1,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Bank of America | Credit card | J |
| 2. | American Express | Credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | J | T | | | | | |
| 2. Bank of America custodial accounts | A | Interest | J | T | | | | | |
| 3. Brokerage Account #1 | | | | | | | | | |
| 4. - Exxon | A | Dividend | K | T | | | | | |
| 5. - IBM | A | Dividend | K | T | Sold (part) | 08/19/11 | J | C | |
| 6. | | | | | Sold (part) | 09/01/11 | J | D | |
| 7. | | | | | Sold (part) | 10/28/11 | J | C | |
| 8. - Pfizer | A | Dividend | J | T | | | | | |
| 9. - Under Armor, Inc. | | None | J | T | | | | | |
| 10. - Verizon | A | Dividend | J | T | | | | | |
| 11. Brokerage account #2 | | | | | | | | | |
| 12. - Accenture PLC Cls A | A | Dividend | | | Sold | 11/22/11 | K | D | |
| 13. - AT&T | A | Dividend | K | T | | | | | |
| 14. - Bank of New York Mellon Corp | A | Dividend | | | Sold | 11/22/11 | K | | |
| 15. - Bard C R Inc | A | Dividend | J | T | Sold (part) | 12/07/11 | K | | |
| 16. - Cisco Sys Inc | A | Dividend | J | T | Sold (part) | 12/07/11 | J | B | |
| 17. - ConocoPhillips | A | Dividend | J | T | Sold (part) | 11/22/11 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Danaher Corp | A | Dividend | | | Sold | 12/01/11 | K | A | |
| 19.   - Devon Energy Corp New | A | Dividend | K | T | | | | | |
| 20.   - E M C Corp Mass | | None | J | T | Sold (part) | 12/07/11 | J | | |
| 21.   - Eaton Corp | A | Dividend | K | T | | | | | |
| 22.   - Int Business Mach | A | Dividend | J | T | Sold (part) | 12/07/11 | K | D | |
| 23.   - Itron Inc | | None | | | Sold | 12/01/11 | K | | |
| 24.   - Life Technologies Corp Com | | None | K | T | | | | | |
| 25.   - Lowes Companies | A | Dividend | J | T | Sold (part) | 11/28/11 | J | A | |
| 26.   - Microsoft Inc | A | Dividend | | | Sold | 12/01/11 | K | | |
| 27.   - Nuance Communications Inc | | None | J | T | Sold (part) | 12/02/11 | K | D | |
| 28.   - Omnicon | A | Dividend | K | T | | | | | |
| 29.   - Pitney Bowes Inc | A | Dividend | | | Sold | 12/01/11 | J | | |
| 30.   - SPDR Gold Trust | | None | | | Sold | 11/22/11 | K | D | |
| 31.   - Target Corp | A | Dividend | J | T | Sold (part) | 12/07/11 | K | | |
| 32.   - Teva Pharmaceutical ADR | A | Dividend | | | Sold | 12/01/11 | K | | |
| 33.   - Travelers Cos Inc Com | A | Dividend | J | T | Sold (part) | 12/07/11 | K | B | |
| 34.   - Wells Fargo & Co New | A | Dividend | J | T | Sold (part) | 12/07/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Hewlett Packard Co Bond | | None | J | T | | | | | |
| 36.  - FPL Group Capital Inc Bond | A | Interest | K | T | | | | | |
| 37.  - H J Heinz Bond | | None | J | T | | | | | |
| 38.  - Canadian Imperial Bank Bond | A | Interest | J | T | | | | | |
| 39.  - FNMA Bond | A | Interest | | | Redeemed | 12/23/11 | K | | |
| 40.  - Home Depot Inc Bond | | None | K | T | | | | | |
| 41.  - Int'l Paper Co Bond | A | Interest | K | T | | | | | |
| 42.  - Goldman Sachs Group Inc Bond | A | Interest | K | T | | | | | |
| 43.  - Western Union Co Bond | A | Interest | | | Redeemed | 11/17/11 | K | | |
| 44.  - SunTrust Bank Atlanta CD | A | Interest | J | T | | | | | |
| 45.  - Fidelity Tax Free Money Market | A | Interest | N | T | | | | | |
| 46.  Trust #1 | E | Int./Div. | P1 | T | | | | | |
| 47.  - AT&T | | | | | | | | | |
| 48.  - Bank of New York Mellon Corp | | | | | Buy | 01/10/11 | K | | |
| 49.  - Bard C R Inc | | | | | Buy | 01/10/11 | K | | |
| 50.  - Cisco Sys Inc | | | | | | | | | |
| 51.  - Consolidated Edison Holding | | | | | Sold | 01/10/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Eaton Corp | | | | | | | | | |
| 53.   - EMC Corp MA | | | | | Buy | 01/10/11 | K | | |
| 54.   - GE | | | | | | | | | |
| 55.   - Illinois Tool Works | | | | | | | | | |
| 56.   - International Business Machines | | | | | | | | | |
| 57.   - Johnson & Johnson | | | | | | | | | |
| 58.   - Life Technologies Inc | | | | | Buy | 03/16/11 | K | | |
| 59.   - Lowes Companies | | | | | | | | | |
| 60.   - Medtronic Inc | | | | | Buy (add'l) | 04/12/11 | J | | |
| 61.   - Microsoft Inc | | | | | Buy (add'l) | 04/12/11 | J | | |
| 62.   -Nuance Communications | | | | | | | | | |
| 63.   - Omnicom Group | | | | | | | | | |
| 64.   - Pepsico Inc | | | | | | | | | |
| 65.   - Procter & Gamble Co | | | | | Sold | 03/16/11 | K | D | |
| 66.   - Scana Corp | | | | | Sold | 01/10/11 | K | C | |
| 67.   - Southern Co. | | | | | | | | | |
| 68.   - Sysco Corp | | | | | Sold | 04/12/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - TEVA Pharmaceutical ADR | | | | | | | | | |
| 70. - Verizon Communications | | | | | Sold | 01/10/11 | K | D | |
| 71. - Walgreen Company | | | | | | | | | |
| 72. - Wells Fargo Corp. | | | | | | | | | |
| 73. - HSBC Fin Corp Bond | | | | | | | | | |
| 74. - American Express Bond | | | | | | | | | |
| 75. - Clorox Company Bond | | | | | | | | | |
| 76. - Federal Home Loan Banks Bond | | | | | Buy | 02/10/11 | K | | |
| 77. | | | | | Sold | 07/18/11 | K | | |
| 78. - General Electric Capital Bond | | | | | Sold | 11/14/11 | K | | |
| 79. - Hewlett Packard Co Bond | | | | | Buy | 12/07/11 | L | | |
| 80. - Kraft Foods Inc. Bond | | | | | Sold | 11/01/11 | K | | |
| 81. - L-3 Communications Corp Bond | | | | | Buy | 11/29/11 | L | | |
| 82. - Ryder Systems Bond | | | | | | | | | |
| 83. - Discover Bank CD | | | | | | | | | |
| 84. - Fidelity NJ Municipal Money Market | | | | | | | | | |
| 85. GE SSP program (retirement) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - GE Common Stock | A | Dividend | J | T | | | | | |
| 87. - GE S&S Program mutual fund | A | Dividend | J | T | | | | | |
| 88. - GE S&S Program income fund | A | Dividend | J | T | | | | | |
| 89. TIAA CREF (retirement) | B | Dividend | M | T | | | | | |
| 90. AT&T (Custodian) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauck, M H. | 5/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments and Trusts

TSP Retirement Holdings - EXEMPT

Brokerage firm #2 assets acquired by inheritance, not previously reportable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **M H. Lauck**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544